UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISAIAH ALLEN,

        Plaintiff,

  v.

WAL-MART ASSOCIATES, INC.,

        Defendant.

CASE NO:

### DEFENDANT'S NOTICE OF REMOVAL – FEDERAL QUESTION

Defendant Wal-Mart Associates, Inc., pursuant to 28 U.S.C. § 1441, hereby removes this action from the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  In support of removal Defendant states:

1.     Plaintiff, Isaiah Allen, commenced this civil action in the Tenth Judicial Circuit in and for Polk County, Florida, Case No. 2021-CA-002595, on September 14, 2021 by filing a Complaint against Defendant alleging that it violated the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.* (Counts I and II) as well as the Families First Coronavirus Response Act, Pub. L. No. 116-117, 134 Stat. 178 (2020), and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (Count III).   The Complaint was served upon Defendant on December 7, 2021.  (*See* Summons and Complaint attached hereto as *Exhibit A*).

2.     This Notice is timely filed within 30 days of service of the Complaint.

1

3.      The Complaint was originally filed in Polk County.  Thus, upon removal, venue properly lies in the United States District Court for the Middle District of Florida, Tampa Division.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant are attached hereto as composite *Exhibit A*.

5.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a Notice will also be filed with the Sixth Judicial Circuit in and for Polk County, Florida, a copy of which is attached hereto as *Exhibit B*.

## Federal Question Jurisdiction

6.      This action is properly removable to federal court pursuant to 28 U.S.C. § 1441(a) because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331 inasmuch as Plaintiff alleges violations of federal statutes, the FMLA and FLSA.

7.      Plaintiff asserts no state law claims in his Complaint.

WHEREFORE, on the basis of the foregoing, Defendant respectfully submits that removal of this action from the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida to this Court is proper.

2

Respectfully submitted,
FORD**HARRISON**<sup>LLP</sup>

s/ Amy R. Turci
Amy R. Turci, Esquire
Florida Bar No. 0349630
aturci@fordharrison.com
225 Water Street, Suite 710
Jacksonville, FL  32202
T (904) 357-2000 | F (904) 357-2001

Merry E. Lindberg
Florida Bar No.:  308102
mlindberg@fordharrison.com
1450 Centrepark Blvd., Suite 325
West Palm Beach, FL 33401
T (561) 345-7400 | F (561) 345-7501

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2021, I electronically served the foregoing

on Plaintiff's counsel of record:

Peter M. Hoogerwoerd
Florida Bar No. 0188239
pmh@rgpattorneys.com
Cristobal Bobadilla-Gamboa
Florida Bar No. 113656
cbg@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130

s/ Amy R. Turci
Attorney

WSACTIVELLP:12771147.1

3